PETER G. CAFFERTY et al., Appellants, v JOHN E. CAHILL, as Real Property Tax Service Director for Broome County, et al., Respondents, et al., Defendants.

Submitted September 15, 2008; decided December 2, 2008

On the Court's own motion, appeal insofar as taken from that portion of the Appellate Division order that affirmed Supreme Court's denial of appellants' motion to amend the complaint, dismissed, without costs, upon the ground that such portion of the order does not finally determine the action within the meaning of the Constitution; appeal otherwise dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order that affirmed Supreme Court's denial of appellants' motion to amend the complaint, dismissed upon the ground that such portion of the order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.

In the Matter of THERESA CANNALONGA, Appellant, v ROBERT DOAR, as Commissioner of the Office of Temporary and Disability Assistance of the New York State Department of Family Assistance, et al., Respondents.

Submitted October 6, 2008; decided December 2, 2008

Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order that affirmed Supreme Court's order denying appellant's motion for class certification, dismissed upon the ground that such part of the order does not finally determine the proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied.